UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 14-730-DMG (JCGx) | Date | April 22, 2014 |
| Title | Erwin Sonny Savoy v. Vandenberg Air Force Base, et al. | | |

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **IN CHAMBERS - Order To Show Cause**

In the present case, an order re leave to file action without prepayment of full filing fee [Doc. #3] was filed on February 28, 2014. Plaintiff was ordered to pay the Court the total filing fee of $350.00, with an initial partial filing fee of $5.00 within 30 days of said order. Thereafter, plaintiff was instructed to submit monthly payments. To date, plaintiff has failed to submit any payments.

Accordingly, the Court, on its own motion, orders plaintiff to show cause in writing on or before May 22, 2014 why this action should not be dismissed for failure to comply with the Court's order. No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a written response or payment of $10.00 for the months of March and April on or before the date which a response is due. This action will be **dismissed** if a written response demonstrating good cause is not filed or nonpayment by the date indicated above. The order directing service of process by the United States Marshal [Doc. #8], and order re: service of process by the United States Marshal [Doc. #9] are stayed pending resolution of this order to show cause, including the order to the clerk to provide plaintiff with the appropriate number of USM-285 forms.